UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>  Defendants. | Case No. 2:22-cv-05640-CJC-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 14, 2023 Report and Recommendation of United States Magistrate Judge and overrules Plaintiff's Objections to the Report and Recommendation.

IT IS HEREBY ORDERED:

1. Defendants' Request for Judicial Notice is granted;
2. Plaintiff's Request for Judicial Notice is granted to the extent it asks the Court to take judicial notice of specified court decisions;
3. Defendants' Motion to Dismiss the Complaint is granted;

///

///

4. Plaintiff's Request for Declaratory Judgment Declaring Plaintiff as a Member of the City of Los Angeles' Fire and Police Pension System and Request for Leave of the Court to Serve Written Requests for Admission [etc.] is denied;

5. The Complaint and this action are dismissed without leave to amend; and

6. Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on plaintiff and counsel for defendants.

IT IS SO ORDERED.

DATED: April 10, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE