JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAMS, | Case No. 2:22-cv-05640-CJC-JC |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint and this action without leave to amend.

IT IS SO ADJUDGED.

DATED: April 10, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE